# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

July 29, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    04-15799            Michael C. Neaton

**RECEIVED**
**JUL 3 0 2010**
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

To Whom It May Concern:

Enclosed please find check #921572 in the amount of $42.00. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Michael C. Neaton
24 Midway Village
Clifton Park, NY 12065

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli